GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED
2024 NOV 13 PM 2:19
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-07998 TUC-JCH(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | Violations: |
| | 18 U.S.C. § 554(a) |
| Christian Flores-Lugo (Count One), | (Smuggling of Goods from the United States) |
| Jorge Badilla-Iriarte (Count Two), | (Count One) |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Making False Statements in Connection With Acquisition of Firearms) (Count Two) |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

Between on or about July 1, 2022, and on or about September 8, 2022, in the District of Arizona, CHRISTIAN FLORES-LUGO did knowingly and fraudulently export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) AK-47 rifles, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**COUNT TWO**

On or about August 10, 2022, in the District of Arizona, JORGE BADILLA-IRIARTE did knowingly made false statements and representations in connection with the acquisition of firearms to a federally license firearms dealer, which were intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of firearm by the dealer, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that JORGE BADILLA-IRIARTE stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual, CHRISTIAN FLORES-LUGO:, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 13, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Christian Flores, et. al.*
Indictment Page 2 of 2